UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
CHYANNE SMITH, : Case No. 1:20-cv-00808-LDH-RML
:
Plaintiff, :
: **STIPULATION OF DISMISSAL**
-against- : **WITH PREJUDICE**
:
SWISSPORT SA, LLC, :
:
Defendant. :
:
------------------------------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the parties listed below that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above entitled action is dismissed with prejudice. Each party to the action shall bear its own costs of the action, including attorneys' fees.

| | |
|---|---|
| Dated: New York, New York<br>August ___, 2020 | Dated: New York, New York<br>August 24, 2020 |
| KESSLER MATURA P.C. | ROBINSON & COLE LLP |
| By: /s/ Troy Kessler | By: /s/ |
| Troy L. Kessler<br>Garrett Kaske<br>Attorneys for Plaintiff, Chyanne Smith<br>535 Broadhollow Road, Suite 275<br>Melville, New York 11747<br>Tel: 631-499-9100<br>Email: tkessler@kesslermatura.com<br>Email: gkaske@kesslermatura.com | J. Gregory Lahr, Esq.<br>Ian T. Clarke-Fisher, Esq.<br>Attorneys for Defendant, Swissport SA, LLC<br>666 Third Avenue, 20th Floor<br>New York, New York 10017<br>Tel: 212-451-2900<br>Email: iclarke-fisher@rc.com<br>Email: jlahr@rc.com |

THOMAS LABARBERA COUNSELORS
AT LAW

By: _____
KAT THOMAS (Aug 19, 2020 16 52 EDT)

Kathleen R. Thomas, Esq.
Attorneys for Plaintiff, Chyanne Smith
11 Broadway, Suite 615
New York, New York 10004
Tel: 917-209-6446
Email: kat@tlcpc.law